1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BILLY RAY SHANEE MALDONADO,                No.  2:21-cv-1782 AC P

12                   Plaintiff,

13          v.                                   ORDER

14    STATE OF CALIFORNIA, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

18    § 1983 and has requested leave to proceed in forma pauperis.  ECF Nos. 1, 2.  This proceeding

19    was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20          A review of court records reveals that on at least three occasions lawsuits filed by the

21    plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to

22    state a claim upon which relief may be granted:

23          • Maldonado v. Yates, No. 1:11-cv-01735 LJO GSA (E.D. Cal. Jun. 13, 2013)

24              (dismissed for failure to state a claim upon which relief may be granted);

25          • Maldonado v. Trimble, No. 1:11-cv-02160 LJO DLB (E.D. Cal. Apr. 19, 2013)

26              (dismissed for failure to state a claim upon which relief may be granted); and

27    ////

28    ////

                                                 1

1        •     <u>Maldonado v. Yates</u>, No. 1:11-cv-01885 AWI JLT (E.D. Cal. Jan. 17, 2014)

2              (dismissed for failure to state a claim upon which relief may be granted).

3    <u>See</u> <u>Maldonado v. Lizarraga</u>, No. 2:15-cv-2682 GEB AC P (E.D. Cal. Aug. 4, 2017).

4            Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless

5    plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff

6    has not alleged any facts which suggest that he is under imminent danger of serious physical

7    injury. <u>See</u> <u>generally</u> ECF No. 1. Therefore, plaintiff must submit the appropriate filing fee in

8    order to proceed with this action.

9            In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

10   within twenty-one days from the date of this order, the appropriate filing fee. Plaintiff's failure to

11   comply with this order will result in a recommendation that this action be dismissed.

12   DATED: October 7, 2021

13                            _____

14                            ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28